IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALEX DUNTE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshal Service,

IT IS ORDERED that Defendant Green's sentencing is continued to Friday, March 26, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated February 17, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge